Dismissed and Memorandum Opinion filed September 21, 2006








Dismissed
and Memorandum Opinion filed September 21, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00721-CV

____________

 

DANIEL LEE DAVIS, Appellant

 

V.

 

DEPARTMENT OF FAMILY AND PROTECTIVE
SERVICES, Appellee

 



 

On Appeal from the 314th District Court

Harris County, Texas

Trial Court Cause No. 2005-06575

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed August 1, 2006.  On September 13, 2006, 
appellant filed a motion to dismiss because he no longer desires to prosecute
the appeal. See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
September 21, 2006.

Panel consists of Chief Justice Hedges and Justices Yates and Seymore.